THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
James Michael Lucas,       
Appellant.
 
 
 

Appeal From Lexington County
R. Markley Dennis, Jr., Circuit Court 
 Judge

Opinion No.  2003-UP-103
Submitted November 20, 2002 - Filed 
 February 5, 2003 

APPEAL DISMISSED

 
 
 
Deputy Chief Attorney Joseph L. Savitz, III, of Columbia; 
 for Appellant
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; Donald V. Myers, of Lexington; for Respondent(s).
 
 
 

 PER CURIAM:  James Michael Lucas 
 appeals his conviction for murder.  The trial judge sentenced Lucas to life 
 imprisonment. 
 Pursuant to Anders v. California, 
 386 U.S. 738 (1967), counsel for Lucas attached to the final brief a petition 
 to be relieved as counsel, stating he had reviewed the record and concluded 
 Lucas appeal is without legal merit sufficient to warrant a new trial.  Lucas 
 filed a separate pro se response.
After a thorough review of the record 
 pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 
 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
 CONNOR, STILWELL, and HOWARD, JJ., 
 concur.